No. 11–0476/AR. U.S. v. Berttran L. Tiller. CCA 20080438. Review granted on the following issue:

> WHETHER THE CHARGE AND ITS SPECIFICATION FAIL TO STATE AN OFFENSE BECAUSE THE SPECIFICATION DOES NOT ALLEGE, EXPRESSLY OR BY NECESSARY IMPLICATION, THE "TERMINAL ELEMENT" AS REQUIRED BY *UNITED STATES v. FOSLER*, 70 M.J. 225 (C.A.A.F. 2011).

No briefs will be filed under Rule 25.

No. 12–0380/MC. U.S. v. Scott D. Bauer, Jr. CCA 201100515. On consideration of the petition for grant of review of the decision of the United States Navy-Marine Corps Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Navy-Marine Corps Court of Criminal Appeals is affirmed.* [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

---

\* It is directed that the promulgating order be corrected to accurately reflect that Specification 4 of Charge III was dismissed by the military judge as multiplicious with Specification 5. Also, to the extent